## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Iron Will AG LLC

              Debtor(s)

**BK NO. 14-05700 JJT**

**Chapter 12**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of UNITED STATES DEPARTMENT OF AGRICULTURE and index same on the master mailing list.


                      Respectfully submitted,


                      **/s/ James C. Warmbrodt, Esquire**
                      James C. Warmbrodt, Esquire
                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA  19106
                      412-430-3594