

**United States Department of Agriculture**

Farm and Foreign Agricultural Services

Farm Service Agency

Pennsylvania State FSA Office

359 East Park Drive, Suite 1

Harrisburg, PA 17111-2747

January 31, 2018

Bankruptcy Court Clerk
BK No. **14-05700**
274 Max Rosenn U.S. Courthouse
197 S. Main Street
Wilkes-Barre, PA 18701

To Whom It May Concern:

Please be advised that the USDA CCC Farm Service Agency address has changed. The previous address is as follows:

USDA CCC Farm Service Agency
One Credit Union Pl
Suite 320
Harrisburg, PA 17110-2994

The new address for all future correspondence:

USDA CCC Farm Service Agency
359 East Park Drive, Suite 1
Harrisburg, PA 17111

Thank you for your attention to this matter.

Sincerely,

Cynthia L. Walters
Agricultural Program Specialist