UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILKES-BARRE, PA
2018 JUN 20 AM 10:01
CLERK
U.S. BANKRUPTCY COURT

IRON WILL AG LLC     Chapter 12

          Debtor.     BK No. 14-05700

### NOTICE TO INTERESTED PARTIES REGARDING
### APPLICATION FOR INTERIM COMPENSATION

ALL CREDITORS AND OTHER PARTIES IN INTEREST TAKE NOTICE, that David H. Ealy, Esq., counsel for the debtor-in-possession, has filed an application for the payment of compensation and expenses to Trevett Cristo P.C., for services rendered as attorneys for the debtor and debtor-in-possession, during the period February 14, 2016 through June 1, 2018 (the "Second Interim Period"). The application seeks approval to pay the firm of Trevett Cristo P.C., total compensation for services rendered during said period in the amount of $8,605.00, and total reimbursement for expenses in the amount of $534.07. No prior Order for payment of fees or reimbursement of costs and expenses has been made by or on behalf of Trevett Cristo P.C., in this case, except for Order dated March 10, 2016, granting fees and expenses in the amount of $10,635.57, for the period December 11, 2014 through February 13, 2016 (the "First Interim Period").

If you wish to contest this Application, you must file a written objection in the form of a responsive pleading and request a hearing. Any filing must conform to the Rules of Bankruptcy Procedure, unless the Court determines otherwise.

If no objections and requests for a hearing are timely filed with the Bankruptcy Court within twenty (20) days from the date of this Notice at the address below and served upon the filing party, David H. Ealy, Esq., Trevett Cristo P.C., Two State Street, Suite 1000, Rochester, New York 14614, the Court may act upon said motion without a hearing.

Dated: June 18, 2018

                                                CLERK, U.S. BANKRUPTCY COURT
                                                Middle District of Pennsylvania
                                                197 South Main Street
                                                Wilkes-Barre, NY  18701