

Writer's Direct Dial No.
(585) 784-1448

# TREVETT CRISTO
ATTORNEYS

David H. Ealy, Partner
dealy@trevettcristo.com

June 26, 2018

Clerk
Bankruptcy Court Middle District of Pennsylvania
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA   18701

Re:   Iron Will Ag LLC
      BK No. 14-05700

Dear Clerk:

Please update your records to reflect the following corrected creditor's mailing address:

>   LEWIS GARDNER III
>   2 Race Street
>   Hughesville, PA   17737

Thank you for your attention to this matter.

Very truly yours,

TREVETT CRISTO P.C.

David H. Ealy

DHE/ssg
By ECF
xc:   Office of the U.S. Trustee (By ECF)
      Michael H. Arnold, Esq. (By ECF)

OFFICE (585) 454-2181  |  FAX (585) 454-4026  |  ADDRESS 2 State Street, Suite 1000, Rochester, New York 14614  |  TREVETTCRISTO.COM

Case 4:14-bk-05700-JJT    Doc 92    Filed 06/29/18    Entered 06/29/18 12:21:17    Desc
Main Document    Page 1 of 1