UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

IRON WILL AG LLC

CHAPTER 12

Debtor.

BK No. 14-05700-JJT

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on June 26, 2018, I caused to be mailed via First Class postage prepaid, the within **NOTICE TO INTERESTED PARTIES REGARDING APPLICATION FOR INTERIM COMPENSATION** to the person(s) at the address(es) set forth below:

LEWIS GARDNER III
2 Race Street
Hughesville, PA 17737

Dated: June 26, 2018

_____
Sheryl S. Goodlein