UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

FRANKIE DENISE WASHINGTON,

Debtor.

CHAPTER 13

BK No. 20-20307

### NOTICE OF HEARING ON DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §362(c)(3)(B) FOR AN ORDER, CONTINUING THE AUTOMATIC STAY AS TO ALL CREDITORS

PLEASE TAKE NOTICE, that a hearing will be held on the 7th day of May, 2020, at 10:00 o'clock in the forenoon on that day, before the Hon. Paul R. Warren, United States Bankruptcy Judge, at the United States Bankruptcy Court, Room 1550, U.S. Courthouse, 100 State Street, Rochester, New York, to consider the motion of the debtor, Frankie Denise Washington ("Debtor"), pursuant to 11 U.S.C. §362(c)(3)(B), for an Order continuing the automatic stay of 11 U.S.C. §362(a), as to all creditors (the "Stay Continuation Motion"), and granting such other and further relief as the Court deems just, proper and equitable.

PLEASE TAKE FURTHER NOTICE, that written objections, if any, to the Stay Continuation Motion must (i) state with particularity the grounds therefore; (ii) be filed with the Clerk, U.S. Bankruptcy Court, 6th Floor, U.S. Courthouse and Federal Building, 100 State Street, Rochester, New York 14614; (iii) be served upon the undersigned attorneys for the Debtor and the Chapter 13 Trustee, George M. Reiber, of 3136 S. Winton Road,

Rochester, 14623; and (iv) be so filed and served as to be received no later than 5:00 p.m. on May 4, 2020.

Dated: April 17, 2020
       Rochester, New York

                              David H. Ealy, Esq., Of Counsel
                              TREVETT CRISTO
                              Attorneys for Debtor
                              Office and P.O. Address:
                              Two State Street, Suite 1000
                              Rochester, New York 14614
                              Telephone: (585) 454-2181

TO:    George M. Reiber, Esq.
         CHAPTER 13 TRUSTEE
         3136 Winton Rd. S.
         Rochester, New York 14623

         City of Rochester
         Bureau of Treasury
         30 Church Street, Room 100A
         Rochester, NY 14614-1294

         iAuction, LLC, Successor in interest to
         EB 2EMINY, LLC
         Attn: Office of the President
         10908 Courthouse Rd.
         Suite 102-315
         Fredericksburg, Virginia 22408-0000

         Terenzi & Confusione, P.C.
         Attorneys for iAuction, LLC
         401 Franklin Ave., Suite 300
         Garden City, New York 11530

         Leaders Financial Company
         Attn: Bankruptcy
         21 Commerce Dr., Suite 101
         Cranford, New Jersey 07016

Monroe County Treasurer
39 West Main Street
Room B-2
Rochester, New York 14614-1467

US Bank As Custodian for
Tower DBW II Trust 20
Attn: Office of the President
P.O. Box 645040
Cincinnati, Ohio 45264

ALL CREDITORS (Notice Only)