UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

IRON WILL AG, LLC,

CHAPTER 12

BK No. 14-05700

Debtor.

## NOTICE OF HEARING ON DEBTOR'S
## MOTION FOR ORDER (SECOND) MODIFYING
## CHAPTER 12 PLAN AFTER CONFIRMATION

PLEASE TAKE NOTICE, that a hearing will be held on **May 8, 2020, at 10:00 o'clock** in the forenoon on that day, or as soon thereafter as counsel can be heard, before the Hon. Richard N. Opel, II, United States Bankruptcy Judge, at the U. S. Courthouse and Federal Building, 240 West Third Street, Williamsport, PA 11771, to consider the motion (the "Second Plan Modification Motion") of the debtor herein, Iron Will Ag, LLC (the "Debtor") for an order pursuant to 11 U.S.C. §1229(a) and Rule 3015 of the Federal Rules of Bankruptcy Procedure, modifying the Debtor's confirmed Chapter 12 Plan to extend the date of final payment due under the plan from December 20, 2019 to September 30, 2020, and granting such other and further relief as the court deems just proper and equitable.

PLEASE TAKE FURTHER NOTICE, that written objections, if any, to the Second Plan Modification Motion must be served upon the undersigned attorneys for the Debtor, the Chapter 12 Trustee and the Office of the U.S. Trustee at the addresses set forth below, and must also be filed with the Bankruptcy Court Clerk at 274 Max Rosenn U.S. Courthouse, 197 S. Main Street, Wilkes-Barre, PA 18701, prior to the hearing.

Any party opposing the motion must file written opposition and/or appear at the hearing to state the objection. **If no opposition is filed or appears, the Court may grant the relief requested in the Second Plan Modification Motion.**

Dated: April 17, 2020
       Rochester, New York

TREVETT CRISTO

By: _____
David H. Ealy, Of Counsel
Attorneys for Debtor-in-Possession
Office and P.O. Address:
Two State Street, Suite 1000
Rochester, New York 14614
Telephone: (585) 454-2181

TO:    Lawrence G. Frank, Esq.
       CHAPTER 12 TRUSTEE
       100 Aspen Drive
       Dillsburg, PA 17019

       Office of the United States Trustee
       228 Walnut Street
       P.O. Box 969
       Harrisburg, PA 17108-0969

       USDA CCC Farm Service Agency
       One Credit Union Pl
       Suite 320
       Harrisburg, PA 17110-2994

       Brian M. Kile, Esq.
       GRENEN & BIRSIC, P.C.
       One Gateway Center, 9th Floor
       Pittsburgh, PA 15222

       Office of the U.S. Attorney
       228 Walnut Street, #220
       Harrisburg, PA 17101

       ALL CREDITORS (Notice Only)