In re:  
Iron Will AG LLC  
    Debtor(s)

Case No. 14-05700-RNO  
Chapter 12

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 01, 2020 | Form ID: pdf010 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Iron Will AG LLC, 116 Gross Road, Galeton, PA 16922-9450 |
| cr | + | Northwest Savings Bank, PO Box 337, Warren, PA 16365-0337 |
| cr | + | USDA CCC Farm Servic Agency, 359 East Park Drive, Suite 1, Harrisburg, PA 17111-2747 |
| 4582165 | | CNH INDUSTRIAL CAPITAL AMERICA, 233 Lake Avenue, Racine, WI 53403-1015 |
| 4596258 | + | COMMODITY CREDIT CORP., c/o USDA Farm Service Agency, 50 Plaza Lane, Wellsboro, PA 16901-1766 |
| 4582166 | + | DOEBLER'S SEED, 202 Tiadaghton Ave., Jersey Shore, PA 17740-6941 |
| 4582167 | | GRENEN & BIRSIC, P.C., Attn: Maureen A. Dowd, Esq., One Gateway Center, Ninth Floor, Pittsburgh, PA 15222 |
| 4582168 | + | HELENA CHEMICAL, 225 Schilling Blvd., Suite 300, Collierville, TN 38017-7177 |
| 4595902 | + | Helena Chemical Company, c/o Lee Green & Reiter Inc, 115 East High Street, Bellefonte PA 16823-3001 |
| 4582170 | + | JOHN DEERE FINANCIAL, 8402 Excelsior Drive, P.O. Box 5328, Madison, WI 53705-0328 |
| 4582171 | + | LEWIS GARDNER III, 2 Race Street, Hughesville, PA 17737-1519 |
| 4582172 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, NORTHWEST SAVINGS BANK, Lock Haven Office, 104 E. Main St., Lock Haven, PA 17745 |
| 4582173 | + | NORTHWEST SAVINGS BANK, 100 Liberty Street, P.O. Box 128, Warren, PA 16365-0128 |
| 4588257 | | Northwest Savings Bank, c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 4582175 | + | POTTER COUNTY TREASURER, 1 N. Main Street, Suite 202, Coudersport, PA 16915-1680 |
| 4587753 | + | Rain & Hail LLC, 9200 Northpark Dr Ste 300, Johnson IA 50131-3006 |
| 4596259 | + | SCOTT T. WILLIAMS, ESQ., PERCIBALL & WILLIAMS, LLC, 429 Market Street, Williamsport, PA 17701-6308 |
| 5189966 | + | USA through Commodity Credit Corporation, USDA - Potter / McKean / Cameron FSA, 103 Market St, Coudersport, PA 16915-9683 |
| 4598847 | + | USDA CCC Farm Service Agency, 359 East Park Drive, Suite 1, Harrisburg, PA 17111-2747 |
| 4582177 | + | USDA FARM SERVICE AGENCY, 50 Plaza Lane, Wellsboro, PA 16901-1766 |
| 4582176 | + | USDA FARM SERVICE AGENCY, Mail Stop 8568, P.O. Box 419205, Kansas City, MO 64141-6205 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4582169 | | Email/Text: litbkcourtmail@johndeere.com | Dec 01 2020 19:19:00 | JOHN DEERE FINANCIAL, 6400 NW 86th Street, P.O. Box 6600, Johnston, IA 50131-6600 |
| 4584773 | | Email/Text: litbkcourtmail@johndeere.com | Dec 01 2020 19:19:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| 4596257 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 01 2020 20:37:12 | CHASE, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 5236579 | + | Email/Text: BKRMailOps@weltman.com | Dec 01 2020 19:20:00 | John Deere Financial, c/o Weltman, Weinberg and Reis Co., LPA, P O Box 93784, Cleveland, OH 44101-5784 |
| 4582174 | + | Email/Text: PHIFS@pioneer.com | Dec 01 2020 19:19:49 | PHI FINANCIAL SERVICES, INC., 7100 N.W. 62nd Ave., P.O. Box 1050, Johnston, IA 50131-9415 |
| 4608395 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 01 2020 19:19:00 | VERIZON WIRELESS, 1 Verizon Way, Mail |

Stop 4AW100, Basking Ridge, NJ 07920-1025

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4590650 | ## | CNH Industrial Capital America LLC, PO Box 3600, Lancaster, PA 17604-3600 |
| 4592648 | ##+ | PHI Financial Services, Inc., c/o Abendroth and Russell, P.C., 2560 73rd Street, Des Moines, IA 50322-4700 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Michael Kile | on behalf of Creditor Northwest Savings Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com |
| David H Ealy | on behalf of Debtor 1 Iron Will AG LLC dealy@trevettcristo.com rkernan@trevettcristo.com |
| James Warmbrodt | on behalf of Creditor United States Department of Agriculture bkgroup@kmllawgroup.com |
| Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
IRON WILL AG LLC,  
            Debtor

CASE NO. 4:14-bk-05700-RNO

CHAPTER 12

## ORDER

UPON CONSIDERATION of the foregoing motion of the trustee to dismiss the instant case for failure to make the final required payment according to this Court's Order entered on May 19, 2020, following notice to creditors and other parties in interest, no objections having been filed thereto, it is

HEREBY ORDERED AND DECREED that the trustee's motion be and hereby is granted. The above-captioned case be and hereby is dismissed.

Dated: December 1, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge (PAR)